# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**IMOGENE WATSON, ET AL.**                                                               **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO: 4:08-CV-00161-MPM-DAS**

**CITY OF LELAND, ET AL.**                                                **DEFENDANT**

## ORDER STAYING PROCEEDINGS
## PENDING RESOLUTION OF IMMUNITY ISSUES

Before the court is the defendants' motion to stay proceedings pending resolution of qualified immunity issues (# 17). The court has considered the submissions of the parties, the record, and the applicable law and finds that pursuant to Uniform Local Rule 16.1(B)(4) and in the interest of judicial economy, the case should be stayed pending the court's ruling on Defendant Johnson's qualified immunity motion. Therefore, it is

**ORDERED** that the defendants' motion to stay is hereby **GRANTED**, and these proceedings are stayed ,pending resolution by the court of the immunity issue. The plaintiff shall promptly notify the undersigned of a decision on the immunity defense motion.

This, the 21st day of July, 2009.

                                                                             /s/ David A. Sanders
                                                                      UNITED STATES MAGISTRATE JUDGE