UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

IMOGENE WATSON, ET AL.                                                      PLAINTIFFS

V.                                          CIVIL ACTION NO.:4:08CV161-M-S

CITY OF LELAND, ET AL.                                                      DEFENDANTS

CONSOLIDATED FOR ALL PURPOSED WITH

IMOGENE WATSON, ET AL.                                                      PLAINTIFFS

V.                                          CIVIL ACTION NO.:4:10CV49-P-S

CITY OF LELAND, ET AL.                                                      DEFENDANTS

ORDER CONSOLIDATING CASES

UPON the unopposed motion of the plaintiff (#30, #5) and the Court finding that the claims of the parties in the above referenced cases, *Imogene Watson, et al. vs City of Leland et al.*, Cause No. 4:08-cv-161-M-S and *Imogene Watson, et al. vs City of Leland et al.*, Cause No. 4:10-cv-49-P-S, arise out of the same transaction or occurrence and involve similar questions of law and fact, the Court is of the opinion that these cases should be consolidated.

Accordingly, it is, therefore:

ORDERED that the plaintiffs' motion to consolidate is hereby GRANTED, and these cases are hereby consolidated for all purposes, including trial. Cause No. 4:08cv161 shall be designated as the lead case, and all filings shall be made in said cause. The court directs the Clerk to proceed accordingly.

This 15th day of June, 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE